1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

6

| | |
|---|---|
| 7  BRENDA KAY HENDRICKSON, | |
| 8                                    Plaintiff, | NO: 2:20-CV-0246-TOR |
| 9       v. | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| 10 JAY INSLEE, in his capacity as Governor; and JOHN WIESMAN, in | |
| 11 his capacity as Secretary of Health, | |
| 12                                    Defendants. | |
| 13 | |
| 14 | |

15    BEFORE THE COURT is the parties' Joint Motion to Dismiss (ECF No.

16 26). The parties agree that this action should be dismissed without prejudice and

17 each party remains responsible for their own costs and attorneys' fees. The Court

18 has reviewed the record and files herein, and is fully informed.

19    According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing

20 a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** without prejudice and with each party to bear their own costs and attorneys' fees.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED March 8, 2021.



*Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2